IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Applicant, | Civil Action No. |
| v. | 1:13-mi-00076-AT-RGV |
| BRIDGE SECURITIES, LLC, BRIDGE EQUITY, LLC, BRIDGE EQUITY, INC. and FOGFUELS, INC., | |
| Respondents. | |

## ORDER GRANTING SEC'S MOTION TO DISMISS ITS ACTION AGAINST RESPONDENTS

The Securities and Exchange Commission, plaintiff in this matter, has moved the Court to voluntarily dismiss its claims against the Respondents. In its motion to dismiss, the Commission advises the Court that the Respondents have substantially complied with the administrative subpoenas issued by the Commission to the Respondents. The dismissal of the Commission's claims against the Respondents is hereby ORDERED.

It is further ordered that the parties shall bear their own costs, disbursements, attorney's fees and expenses.

SO ORDERED this 5th day of August, 2013.

_____
Amy Totenberg, Judge
United States District Court